# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

F. JOHN HENRY,

    Plaintiff,

v.                                                CASE NO: 8:09-cv-1809-T-26MAP

FEDERAL-COLUMBUS, INC., et al.,

    Defendants.
_____/

## **O R D E R**

Upon due consideration of the well-pleaded factual allegations of Plaintiff's complaint (as opposed to pure legal conclusions) and its attachments,[1] which the Court is compelled to assume as true at this juncture of the proceedings, and after drawing on the Court's prior judicial experience and common sense, the Court concludes that Plaintiff has sufficiently alleged facts which "plausibly give rise to an entitlement to relief" against Defendant Comfortable Care Dental Group. Ashcroft v. Iqbal, ___ U.S. ___, 129 S.Ct. 1937, 1950 (2009). Furthermore, Plaintiff has adequately pleaded an entitlement to punitive damages even though he has failed to comply with the requirements of section 768.72, Florida Statutes. Cf. Cohen v. Office Depot, Inc., 204 F.3d 1069, 1072 (11th Cir. 2000) (reaffirming prior holding that "Florida Statute § 768.72 conflicts and must yield to the 'short and plain statement' rule contained in Federal Rule of Civil Procedure 8(a)(3), and as a result a Florida plaintiff in federal court because of diversity

---

[1] See Fed. R. C. P. 10(c) (providing in pertinent part that "[a] copy of a written instrument that is an exhibit to a pleadings is a part of the pleading for all purposes.").

jurisdiction need not obtain leave of court before pleading a request for punitive damages.") (citing Cohen v. Office Depot, Inc., 184 F.3d 1292, 1295-99 (11th Cir. 1999). The Court can perceive of no reason why this same holding should not apply to a Florida plaintiff pleading a Florida state law cause of action in federal court over which the court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367.

Accordingly, it is ordered and adjudged that Defendant Comfortable Care Dental Group's Motion to Dismiss Plaintiff's Complaint and Motion to Strike (Dkt. 9) is denied. Defendant shall file its answer and defenses within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on October 7, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record